# Exhibit C

U.S. 7,990,860
Title: Method and system for rule-based sequencing for QoS
Accused instrumentality: AdTran NetVanta 3140 Fixed Port Router and other Routers with the AOS Operating System

| Claim Language | Accused Instrumentality |
|---|---|
| 15. A processing device for communicating data, the processing device including: a network analysis component of the processing device configured to: determine a network status from a plurality of network statuses based on analysis of network measurements, and determine at least one of an effective link speed and a link proportion for at least one link; | There are many exemplary products made and sold by Adtran which practice this claim. One such product is the NetVanta 3140 Fixed Port Router, and other routers that use the AOS operating system from Adtran. As can be seen from the below, the accused instrumentalities contain a network analysis component to determine network status and determine at least one of an effective link speed and a link proportion for at least one link. Further, to the extent this element is in dispute, formal discovery will reveal additional evidence that the accused instrumentalities meet this element.<br><br>**NetVanta**<br>March 2021<br>61700340F1-13D<br>P/N: 1700340F1<br>1700341F1<br><br>Quick Start    NetVanta 3140 Fixed Port Router<br><br>**GETTING STARTED**<br><br>This NetVanta unit ships with a statically assigned IP address of **10.10.10.1** and the ability to connect to a Dynamic Host Control Protocol (DHCP) network and receive an IP address assignment from a DHCP server. When connecting to a DHCP network, this unit supports Zero-Touch Provisioning, allowing the NetVanta router to download and apply configuration parameters from a configuration management server.<br><br>Regardless of the method you use to connect the NetVanta unit to the network, two configuration methods are available for your NetVanta unit:<br><br>■ Web-based graphical user interface (GUI)<br>■ ADTRAN Operating System (AOS) command line interface (CLI)<br><br>The GUI lets you configure the main unit settings and provides online guidance and explanations for each setting. However, using the AOS CLI may be necessary for more advanced configurations. |

| | |
|---|---|
| | https://www.adtran.com/-/media/adtran/resources/data-sheets/pdfs/netvanta-3140.pdf?rev=190df0ef686040c9945bd3d788dcdbd7&hash=9177689911B5351691D8B3305C89B0EB<br><br>## QoS Overview<br><br>Today's network traffic can be quite complex. Different types of traffic (routine data, real-time, and system-critical traffic, etc.) have specific needs for bandwidth, delay, and reliability. Routers must be able to recognize traffic types and service the traffic appropriately. QoS is used to appropriately allocate bandwidth, reduce packet delay, and ensure reliability for each data packet on the network. Each network must be analyzed to identify the specific types of traffic, and each traffic type must be handled according to its requirements. The following provides a quick glimpse at a few traffic types and the requirements necessary for each type of traffic.<br><br> **NOTE** *Analyzing network traffic is a complex process and is beyond the scope of this document. The traffic discussion included here is generalized and may not include a comprehensive list of all traffic present on your network.*<br><br>## Basic Traffic Types<br>The integration of data, voice, and video services onto a single packet-based IP infrastructure increases the complexity of traffic flowing on any given network. Each type of traffic has specific needs for optimum performance.<br><br>file:///C:/Users/jlaim/Downloads/Configuring%20Quality%20of%20Service%20in%20AOS%20(4).pdf |
| a mode selection component of the processing device configured to select a mode from a plurality of modes based on the determined network status, wherein each of the plurality of modes corresponds with at least | The accused instrumentalities contain a mode selection component of the processing device configured to select a mode from a plurality of modes based on the determined network status, wherein each of the plurality of modes corresponds with at least one of the plurality of network statuses, wherein each of the plurality of modes comprises a user defined sequencing rule… Further, to the extent this element is in dispute, formal discovery will reveal additional evidence that the accused instrumentalities meet this element. The User can decide to enable QoS on the router, and the QoS rules set by the user are affected by the network status measured by the router. |

| one of the plurality of network statuses, wherein each of the plurality of modes comprises a user defined sequencing rule, | **Priority Commands**<br><br>The **priority** command provides a low-latency queue that prioritizes the selected traffic above all other user traffic. If no other traffic is present in any other queue on the interface, priority traffic is allowed to burst up to the interface rate. Otherwise, priority traffic above the specified bandwidth will be dropped. Priority queues are intended for constant bit rate (CBR) traffic, such as voice (due to the rate limiting). Non-CBR traffic typically does not respond well to packet dropping when it is rate limited, so the transfer rate can be much less efficient.<br><br> *NOTE* *The **priority** command cannot be specified in conjunction with the **shape average** command in a QoS map entry.*<br><br>The sum of the bandwidths reserved by **priority** and **bandwidth** commands for all entries in parent and child QoS maps cannot exceed the available bandwidth on the interface (calculated by the total interface bandwidth multiplied by the **max-reserved-bandwidth** specified for the interfaces to which the QoS map is applied). Priority bandwidth is guaranteed bandwidth (in Kbps).<br><br> *NOTE* *WFQ must be enabled on an interface to use priority queuing. By default, WFQ is enabled for all interfaces with maximum bandwidth speeds equivalent to T1/E1 and below.*<br><br>Bandwidth in a priority queue can be specified as an absolute value (using the **priority** command) or as a percentage of the total interface bandwidth (using the **priority percent** command). When possible, use the **priority** command to specify an absolute amount of bandwidth (in **Kbps** or **Mbps**) for the priority queue. The bandwidth rate is assumed to be provided in Kbps unless **Mbps** is specified. The **Kbps** parameter for this command is optional.<br><br>https://supportcommunity.adtran.com/jmaxz83287/attachments/jmaxz83287/nv-aos/442/1/Configuring%20Quality%20of%20Service%20in%20AOS.pdf |
| a data prioritization component of the processing device configured to prioritize | The accused instrumentalities contain a data prioritization component of the processing device configured to prioritize data by assigning a priority to the data, wherein the prioritization component includes a sequencing component configured to sequence the data based at least in part on the a-user |

| | |
|---|---|
| data by assigning a priority to the data, wherein the prioritization component includes a sequencing component configured to sequence the data based at least in part on the a-user defined sequencing rule of the selected mode; | defined sequencing rule of the selected mode… Further, to the extent this element is in dispute, formal discovery will reveal additional evidence that the accused instrumentalities meet this element. The user can define a series of maps which dictate the rules by which prioritization of traffic occurs.<br><br>**Configuring QoS**<br><br>There are two ways to configure QoS: (1) the CLI and (2) the web-based graphical user interface (GUI). Both configuration modes will be covered in this guide, beginning with *CLI Configuration on page 4* and followed by *GUI Configuration on page 25*.<br><br>The basis of configuring QoS requires defining a QoS policy with QoS map entries and applying the policy to an interface. A QoS map consists of multiple sequenced numbers using a common QoS map name. Each map entry has a unique sequence number. The sequence number has two functions:<br><br>• It identifies different entries in the same QoS map. For example, a single QoS map can establish several low-latency queues. It can also define multiple classes for traffic sharing the remaining bandwidth using CBWFQ. Each entry defines one low-latency queue or one class.<br><br>• It designates the order in which to match traffic. The QoS entries with the lowest number are searched first. Sequence numbers are only significant within the named map.<br><br>Each QoS map entry has at least one match statement (using the **match** command) and one or more action items (using the **priority**, **bandwidth**, **shape**, or **set** commands). Optionally, a separate, more specific child QoS map can be referenced from within the base or parent QoS map to further define actions on the traffic (as explained in *Subdividing Policy Classes on page 37*). The final step of configuring QoS is to apply the QoS map to the applicable interface.<br><br>The following is the minimum configuration required for QoS on an AOS product:<br><br>1. Create a QoS map.<br>2. Classify traffic using match criteria.<br>3. Apply an action to the matched traffic.<br>4. Assign the QoS map to the wide area network (WAN) interface.<br><br>https://supportcommunity.adtran.com/jmaxz83287/attachments/jmaxz83287/nv-aos/442/1/Configuring%20Quality%20of%20Service%20in%20AOS.pdf |
| a data metering component of the | The accused instrumentalities contain a data metering component which can meter inbound data by shaping the inbound data for the at least one link, and meter outbound data by policing the outbound data for the at least one link. Further, to the extent this element is in dispute, formal discovery will reveal |

| | |
|---|---|
| processing device configured to:<br>meter inbound data by shaping the inbound data for the at least one link, and<br>meter outbound data by policing the outbound data for the at least one link; | additional evidence that the accused instrumentalities meet this element. The router will ensure that specific devices are the higher priority for both upstream and downstream communication.<br><br>**Step 1: Create a QoS Map**<br><br>A QoS map is a named list with sequenced entries each defined by a name and a number. QoS maps are used to define matched traffic and place the traffic in priority or class-based queues or other traffic groupings, such as shaped classes. In addition, QoS maps can be used to set differentiated services code point (DSCP) and IP precedence values. Each map entry contains one or more match statements and one or more actions. The actions are performed on traffic matching the QoS policy criteria.<br><br>You can create a single QoS map with multiple entries, but a unique sequence number is required to differentiate each entry. Using sequence numbers, for example, a single QoS map could establish a priority queue (also known as a low-latency queue) and multiple traffic classes for CBWFQ.<br><br>To create a QoS map and enter the QoS map configuration mode, enter the **qos map** *\<name> \<number>* **[match-all \| match-any]** command from the Global Configuration mode. The *\<name>* parameter specifies the QoS map name. The *\<number>* parameter assigns a sequence number to differentiate this QoS map and provide a match order. Valid range is **0** to **65535**. The **match-all** keyword is optional and is used when defining QoS maps with multiple match conditions. Using match-all indicates the traffic must match all conditions before the set action is issued. (This modifier is rarely used or required.) The **match-any** modifier is optional and used when defining QoS maps with multiple match conditions. Using **match-any** indicates the traffic can match any of the conditions to be processed. This is the default behavior. |

| | |
|---|---|
| | **Step 2: Classify Traffic Using Match Criteria**<br><br>The **match** commands specify a parameter to which traffic on an interface with the active QoS policy is compared. QoS maps have a matching selector and an action (how the traffic should be handled) which make up the QoS policy. The special handling instructions contained in the QoS map action are applied to all packets that contain the specified match parameter.<br><br>Depending on your configuration, it could be necessary to configure multiple traffic matches from within one QoS map entry (map name and sequence number). Multiple match statements can exist within the same QoS map, allowing a single QoS map to service various types of traffic. The commands in this step specify which traffic should be processed by a particular QoS map.<br><br>61200860L1-29.3M                Copyright © 2015 ADTRAN, Inc.                5<br><br><br>CLI Configuration                                    Configuring QoS in AOS<br><br>Use the **match** commands shown in *Table 1 on page 6* to select traffic for the map entry. Read the following sections for explanations of the types of policies you can establish with the various **match** commands.<br><br>https://supportcommunity.adtran.com/jmaxz83287/attachments/jmaxz83287/nv-aos/442/1/Configuring%20Quality%20of%20Service%20in%20AOS.pdf |
| And a data communication component of the processing device configured to communicate the data based at least in part on at least one of:<br>the priority of the data, | The accused instrumentalities contain a data communication component of the processing device configured to communicate the data based at least in part on at least one of the priority of the data, the effective link speed, and the link proportion, wherein at least the data prioritization component is configured to operate at a transport layer of a protocol stack. Further, to the extent this element is in dispute, formal discovery will reveal additional evidence that the accused instrumentalities meet this element. This router communicates data between various connected devices, based on the user-defined QoS rules, which improve overall performance on the network. |

| | |
|---|---|
| the effective link speed, and<br><br>the link proportion, wherein at least the data prioritization component is configured to operate at a transport layer of a protocol stack. | **Bandwidth Commands**<br><br>The **bandwidth** commands are used to specify the bandwidth allocation for individual traffic classes. This is referred to as CBWFQ. Bandwidth for CBWFQ is allocated from the available interface bandwidth minus any bandwidth allocated to a priority queue (using the **priority** command).<br><br>When configuring **bandwidth** allocations for CBWFQ, there are a few rules that must be obeyed.<br><br>1. The units of the bandwidth (**Kbps, Mbps, percent,** or **remaining percent**) must be consistent for all class-based entries (using the **bandwidth** command) in a QoS map set.<br><br>2. The total bandwidth between all priority entries (**priority** command) and class-based entries (**bandwidth** command) in a QoS map set should not exceed the specified **max-reserved-bandwidth** (default **75** percent) on the interface to which the QoS policy is applied (using the **qos-policy** command), or the map will be disabled. When the configured QoS map is applied to a physical interface, AOS displays bandwidth information for the map and the physical interface. For example, if the Frame Relay interface (**fr 1**) has been connected to the E1 subinterface (**e1 1/1**) using the **cross-connect** command, applying the QoS map (**MY_MAPA**) to the Frame Relay interface (**fr 1**) produces the following status message:<br><br>**2005.08.09 07:28:22 QOS.INTERFACE QOS policy "MY_MAPA" requires 1288 Kbps of bandwidth and 1488 Kbps is now available for interface fr 1 -> the QOS policy for this port has been forced ACTIVE.**<br><br>This status message displays the total of the bandwidths specified in the QoS map (1288 Kbps) and the available interface bandwidth using the total line rate configured on the interface multiplied by the value of the **max-reserved-bandwidth** (1488 Kbps).<br><br>3. Up to eight class-based entries (**bandwidth** commands) can be configured in a particular QoS map set.<br><br>4. Within a QoS map entry, CBWFQ bandwidth and low-latency priority actions are mutually exclusive. However, **bandwidth** and **priority** actions can be applied to different entries in the same QoS map.<br><br>To set an absolute amount of bandwidth, use the **bandwidth** *<rate>* [**Kbps** \| **Mbps**] command. The valid range for **bandwidth** *<rate>* is **8** to **2000000** Kbps. The bandwidth rate is assumed to be provided in Kbps unless **Mbps** is specified. The **Kbps** parameter for this command is optional.<br><br>For example, to specify a total of 512 Kbps of available bandwidth, enter the following command:<br><br>(config-qos-map)#**bandwidth 512** |

| | https://supportcommunity.adtran.com/jmaxz83287/attachments/jmaxz83287/nv-aos/442/1/Configuring%20Quality%20of%20Service%20in%20AOS.pdf |