21–DAY STAY,ADR,JURY,TOLIVER

# U.S. District Court
# Northern District of Texas (Dallas)
# CIVIL DOCKET FOR CASE #: 3:25–cv–02278–S

Vision Sphere Labs LLC v. Adtran Inc
Assigned to: Judge Karen Gren Scholer
Cause: 15:1126 Patent Infringement

Date Filed: 08/25/2025
Jury Demand: Plaintiff
Nature of Suit: 830 Property Rights: Patent
Jurisdiction: Federal Question

**Plaintiff**

**Vision Sphere Labs LLC**                          represented by   **Christopher M Joe**
Buether Joe & Counselors LLC
1700 Pacific Avenue
Suite 4750
Dallas, TX 75201
214–466–1272
Fax: 214–635–1828
Email: Chris.Joe@bjciplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Michael William Doell**
Buether Joe & Counselors LLC
1700 Pacific Ave
Suite 4750
Dallas, TX 75201
214–466–1274
Fax: 214–635–2992
Email: mike.doell@bjciplaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

V.

**Defendant**

**Adtran Inc**                          represented by   **David C Miller**
Bradley Arant Boult Cummings LLP
1445 Ross Avenue, Suite 3600
Dallas, TX 75202
214–939–8700
Fax: 214–939–8787
Email: dmiller@bradley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Benn Wilson**
Bradley Arant Boult Cummings
1819 Fifth Ave N
Birmingham, AL 35203

205−521−8153
Email: bcwilson@bradley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Paul M Sykes**
Bradley Arant Boult Cummings
1819 5th Avenue North
Birmingham, AL 35203
205−521−8766
Fax: 205−521−8800
Email: psykes@bradley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Mediator**

**ADR Provider**                                    represented by **John Sabine DeGroote**
501 South 2nd Avenue
Suite A−700
Dallas, TX 75226
214−887−3484
Email: john@degrootepartners.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/25/2025 | Ï 1 | COMPLAINT WITH JURY DEMAND against ADTRAN, INC. filed by VISION SPHERE LABS, LLC. (Filing fee $405; Receipt number ATXNDC−15773306) Clerk to issue summons(es). In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements and Judge Specific Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information − Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B, # 3 Exhibit(s) B, # 4 Cover Sheet) (Joe, Christopher) (Entered: 08/25/2025) |
| 08/25/2025 | Ï 2 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by VISION SPHERE LABS, LLC. (Clerk QC note: No affiliate entered in ECF). (Joe, Christopher) (Entered: 08/25/2025) |
| 08/25/2025 | Ï 3 | New Case Notes: A filing fee has been paid. Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge (Judge Toliver). Clerk to provide copy to plaintiff if not received electronically. (kcr) (Entered: 08/25/2025) |
| 08/25/2025 | Ï 4 | Report to Patent/Trademark Office of Initiating Document. Form AO 120 e−mailed to notice_of_suit@uspto.gov. (kcr) (Entered: 08/25/2025) |
| 08/25/2025 | Ï 5 | Summons Issued as to Adtran Inc. (kcr) (Entered: 08/25/2025) |

| 08/25/2025 | ï 6 | NOTICE of Attorney Appearance by Michael William Doell on behalf of Vision Sphere Labs LLC. (Filer confirms contact info in ECF is current.) (Doell, Michael) (Entered: 08/25/2025) |
|---|---|---|
| 09/05/2025 | ï 7 | ELECTRONIC STANDING ORDER: Counsel are required to review and comply with the Court's Judge Specific Requirements, which can be found here: Judge Requirements . The Court updates its Requirements periodically. Also, counsel are required to review and comply with the Northern District of Texas's Local Civil Rules, which can be found here: Civil Rules . In particular, the Court directs counsel to review Rules 3.1, 7.4, and 81.2, regarding certificates of interested persons, and Rule 83.10, regarding local counsel. Counsel are expected to review the Requirements and Local Rules before contacting the Court with questions. (Ordered by Judge Karen Gren Scholer on 9/5/2025) (kcr) (Entered: 09/05/2025) |
| 09/15/2025 | ï 8 | Unopposed Motion for Extension of Time to File Answer *or Otherwise Respond* filed by Adtran Inc (Attachments: # 1 Proposed Order)Attorney David C Miller added to party Adtran Inc(pty:dft) (Miller, David) (Entered: 09/15/2025) |
| 09/16/2025 | ï 9 | ELECTRONIC ORDER: **IT IS ORDERED** that 8 Defendant Adtran, Inc.'s Unopposed Motion for Extension of Time to Answer or Otherwise Respond, to and including **October 23, 2025**, is **GRANTED**. (Ordered by Judge Karen Gren Scholer on 9/16/2025) (chmb) (Entered: 09/16/2025) |
| 10/23/2025 | ï 10 | MOTION to Dismiss *For Improper Venue*, MOTION to Transfer Case out of District/Division filed by Adtran Inc. (Attachments: # 1 Proposed Order) (Miller, David) Modified text on 10/24/2025 (knb). (Entered: 10/23/2025) |
| 10/23/2025 | ï 11 | Brief/Memorandum in Support filed by Adtran Inc re 10 MOTION to Dismiss *For Improper Venue* MOTION to Transfer Case out of District/Division (Miller, David) (Entered: 10/23/2025) |
| 10/23/2025 | ï 12 | Appendix in Support filed by Adtran Inc re 10 MOTION to Dismiss *For Improper Venue* MOTION to Transfer Case out of District/Division (Miller, David) Modified linkage on 10/24/2025 (knb). (Entered: 10/23/2025) |
| 10/24/2025 | ï 13 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Adtran Inc. (Clerk QC note: Affiliate entry indicated). (Miller, David) (Entered: 10/24/2025) |
| 11/10/2025 | ï 14 | ORDER SETTING INITIAL HEARING: FRCP 16 Scheduling Conference set for 11/19/2025 01:00 PM before Judge Karen Gren Scholer. (Ordered by Judge Karen Gren Scholer on 11/10/2025) (kcr) (Entered: 11/10/2025) |
| 11/13/2025 | ï 15 | Unopposed MOTION to Extend Time filed by Vision Sphere Labs LLC (Attachments: # 1 Proposed Order) (Doell, Michael) (Entered: 11/13/2025) |
| 11/19/2025 | ï 16 | ELECTRONIC Minute Entry for proceedings held before Judge Karen Gren Scholer: Scheduling Conference held on 11/19/2025. Attorney Appearances: Plaintiff – Michael Doell; Defense – David Miller. (Court Reporter: Tutti Bui) (No exhibits) Time in Court – :20. (tub) (Entered: 11/20/2025) |
| 11/20/2025 | ï 17 | SCHEDULING ORDER: Jury Trial set for three–week docket beginning 12/1/2027 before Judge Karen Gren Scholer. Motions due by 1/29/2027. Discovery due by 1/30/2026. Pretrial Conference set for 10/25/2027 01:30 PM before Judge Karen Gren Scholer. (Ordered by Judge Karen Gren Scholer on 11/20/2025) (kaf) (Entered: 11/21/2025) |
| 11/20/2025 | ï 18 | MEDIATION ORDER. John DeGroote appointed as mediator. The parties are to complete mediation within 90 days. Alternative Dispute Resolution Summary form provided electronically or by US Mail as appropriate. (Ordered by Judge Karen Gren Scholer on 11/20/2025) (kaf) (Entered: 11/21/2025) |
| 11/20/2025 | ï 19 | ORDER granting 15 Motion to Extend Time. Plaintiff shall file its response to Defendant Adtran, Inc.s Opposed Motion to Dismiss for Improper Venue or to Transfer Venue to the Northern District |

| | | |
|---|---|---|
| | | of Alabama [ECF No. 10] on or before the earlier of fourteen days after the after the completion of venue discovery, or (2) January 30, 2026. (Ordered by Judge Karen Gren Scholer on 11/20/2025) (kaf) (Entered: 11/21/2025) |
| 01/12/2026 | 20 | Application for Admission Pro Hac Vice with Certificate of Good Standing (Filing fee $100; Receipt number ATXNDC–16110150) filed by Adtran Inc (Attachments: # 1 Exhibit(s) Certificate of Good Standing, # 2 Proposed Order) (Sykes, Paul) (Entered: 01/12/2026) |
| 01/13/2026 | 21 | Application for Admission Pro Hac Vice with Certificate of Good Standing (Filing fee $100; Receipt number ATXNDC–16113880) filed by Adtran Inc (Attachments: # 1 Certificate of Good Standing, # 2 Proposed Order)Attorney Benn Wilson added to party Adtran Inc(pty:dft) (Wilson, Benn) (Entered: 01/13/2026) |
| 01/13/2026 | 22 | ELECTRONIC ORDER granting 20 Application for Admission Pro Hac Vice of Paul Sykes. Important Reminder: Unless excused for cause, an attorney who is not an ECF user must register within 14 days of the date the attorney appears in a case pursuant to LR 5.1(f) and LCrR 49.2(g). (Ordered by Judge Karen Gren Scholer on 1/13/2026) (chmb) (Entered: 01/13/2026) |
| 01/13/2026 | 23 | ELECTRONIC ORDER granting 21 Application for Admission Pro Hac Vice of Benn Wilson. Important Reminder: Unless excused for cause, an attorney who is not an ECF user must register within 14 days of the date the attorney appears in a case pursuant to LR 5.1(f) and LCrR 49.2(g). (Ordered by Judge Karen Gren Scholer on 1/13/2026) (chmb) (Entered: 01/13/2026) |
| 01/30/2026 | 24 | (Document Restricted) Sealed Motion for Leave to File Response (Sealed pursuant to motion to seal) filed by Vision Sphere Labs LLC (Attachments: # 1 Exhibit(s) Plaintiff's Response to MTD, # 2 Exhibit(s) Appendix in Support of Response, # 3 Proposed Order)**(Notice: Any required service of this document is the responsibility of the filer.)** (Doell, Michael) (Entered: 01/30/2026) |
| 02/02/2026 | 25 | ORDER denying sealed and/or ex parte motion 24 . (Ordered by Judge Karen Gren Scholer on 2/2/2026) (cfk) (Entered: 02/02/2026) |
| 02/11/2026 | 26 | MOTION for Extension of Time to File Response/Reply to 10 MOTION to Dismiss *For Improper Venue* MOTION to Transfer Case out of District/Division filed by Adtran Inc (Attachments: # 1 Proposed Order Proposed Order) (Miller, David) (Entered: 02/11/2026) |
| 02/12/2026 | 27 | ELECTRONIC ORDER: **IT IS ORDERED** that 26 Defendant ADTRAN, Inc.'s Unopposed Motion to Establish, or Alternatively Extend, Its Deadline to File a Reply Brief in Support of Its Motion to Dismiss for Improper Venue or to Transfer Venue to the Northern District of Alabama, to and including seven days after this Court grants leave for Plaintiff to file its response to 10 Defendant's Motion to Dismiss, is **GRANTED**. (Ordered by Judge Karen Gren Scholer on 2/12/2026) (chmb) (Entered: 02/12/2026) |
| 02/24/2026 | 28 | ELECTRONIC ORDER: The Court sets 10 Defendant Adtran, Inc.s Opposed Motion to Dismiss for Improper Venue or to Transfer Venue to the Northern District of Alabama (Motion) on the following briefing schedule: Plaintiff Vision Sphere Labs, LLC, must file its response to the Motion on or before **March 3, 2026**. Any reply from Defendant, if necessary, shall be filed by **March 10, 2026**. (Ordered by Judge Karen Gren Scholer on 2/24/2026) (chmb) (Entered: 02/24/2026) |
| 02/27/2026 | 29 | (Document Restricted) Unopposed MOTION for Leave to File Documents Under Seal filed by Adtran Inc with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (Miller, David) Modified per filing attorney on 3/2/2026 (ykp). (Entered: 02/27/2026) |
| 02/27/2026 | 30 | (Document Restricted) Brief/Memorandum in Support filed by Adtran Inc re 29 Unopposed MOTION for Leave to File Documents Under Seal (Miller, David) Modified per filing attorney on 3/2/2026 (ykp). (Entered: 02/27/2026) |

| 02/27/2026 | 31 | (Document Restricted) Sealed Appendix in Support re: 29 Motion for Leave to File (Sealed pursuant to SO 19–1, statute, or rule) filed by Adtran Inc**(Notice: Any required service of this document is the responsibility of the filer.)** (Miller, David) (Entered: 02/27/2026) |
|---|---|---|
| 02/27/2026 | 32 | NOTICE of *Compliance with Second Amended Miscellaneous Order No. 62* filed by Vision Sphere Labs LLC (Doell, Michael) (Entered: 02/27/2026) |
| 03/03/2026 | 33 | RESPONSE filed by Vision Sphere Labs LLC re: 10 MOTION to Dismiss *For Improper Venue* MOTION to Transfer Case out of District/Division (Attachments: # 1 Exhibit(s)) (Doell, Michael) (Entered: 03/03/2026) |
| 03/03/2026 | 34 | (Document Restricted) Sealed Appendix in Support re: 33 Response/Objection (Sealed pursuant to SO 19–1, statute, or rule) filed by Vision Sphere Labs LLC**(Notice: Any required service of this document is the responsibility of the filer.)** (Doell, Michael) (Entered: 03/03/2026) |
| 03/04/2026 | 35 | ORDER: The Court GRANTS Defendant ADTRAN, Inc.'s Unopposed Sealed Motion for Leave to File Documents Under Seal [ECF No. 29 ]. Plaintiff's Appendix in Support of Response in Opposition to Defendant's Motion to Dismiss or Transfer[ECF No. 33 –1] is deemed properly filed. (Ordered by Judge Karen Gren Scholer on 3/4/2026) (kcr) (Entered: 03/04/2026) |
| 03/10/2026 | 36 | REPLY filed by Adtran Inc re: 10 MOTION to Dismiss *For Improper Venue* MOTION to Transfer Case out of District/Division (Miller, David) (Entered: 03/10/2026) |
| 03/10/2026 | 37 | Appendix in Support filed by Adtran Inc re 36 Reply *IN SUPPORT OF ITS MOTION TO DISMISS FOR IMPROPER VENUE OR TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF ALABAMA* (Miller, David) (Entered: 03/10/2026) |
| 03/10/2026 | 38 | NOTICE of Related Case filed by Adtran Inc (Miller, David) (Entered: 03/10/2026) |
| 04/07/2026 | 39 | MEMORANDUM OPINION AND ORDER. For the foregoing reasons, the Court GRANTS Defendant ADTRAN, Inc.'s Opposed Motion to Dismiss for Improper Venue or to Transfer Venue to the Northern District of Alabama (ECF No. 10 ) only to the extent that the Court GRANTS Defendants alternative request to transfer this case. This case is stayed for 21 days pursuant to LR 62.2, clerk to calendar a reminder to transfer the case when the 21–day stay has elapsed. (Ordered by Judge Karen Gren Scholer on 4/7/2026) (cfk) (Entered: 04/07/2026) |