## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| VISION SPHERE LABS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 5:26-cv-00728-HNJ |
| | ) | |
| ADTRAN, INC, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

On April 30, 2026, the Northern District of Texas transferred this case to this district, the Northern District of Alabama, after granting Defendant's Motion to Transfer Venue. (Docs. 39, 40). Defendant has not yet filed an Answer to Plaintiff's Complaint. Therefore, the court **ORDERS** Defendant to file an Answer or other responsive pleading within **fourteen (14) days** of the entry date of this order.

**DONE** and **ORDERED** this 1st day of May, 2026.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE